UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA SCHWARZ,

      Plaintiff,

v.

UNITED STATES DEPARTMENT
OF TREASURY, *et al.*,

      Defendants.

Civil Action 98-2406 (HHK)

**FILED**
NOV 3 0 2000
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court this 30th day of November, 2000, hereby

**ORDERED** that **JUDGMENT** be entered in favor of Defendants; **and it is further**

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE.**

HENRY H. KENNEDY, JR.
United States District Judge